THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOHN WOODS, Appellant.

Argued May 20, 1943; decided June 18, 1943.

*Alfred A. Duffy* and *Benjamin Schifter* for appellant.

*Thomas Cradock Hughes, Acting District Attorney* (*Henry J. Walsh* of counsel), for respondent.

Judgments reversed and indictment dismissed. There is in this record no proof of such conscious, exclusive and personal possession as would warrant the jury in convicting the defendant of larceny. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.